**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6249**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

SYLVESTER R. BOOKER, a/k/a Ves,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:99-cr-00095-REP-1)

_____

Submitted:  November 17, 2023            Decided:  November 22, 2023

_____

Before NIEMEYER, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sylvester R. Booker, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvester R. Booker appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Booker*, No. 3:99-cr-00095-REP-1 (E.D. Va. Feb. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*